NO. 07-07-0350-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL E

JULY 18, 2008

_____

LEONESEO SANCHEZ,

Appellant

v.

THE STATE OF TEXAS,

Appellee

_____

FROM THE 140TH DISTRICT COURT OF LUBBOCK COUNTY;

NO. 2007-415,400; HON. JIM BOB DARNELL, PRESIDING

_____

*Abatement and Remand*
_____

Before QUINN, C.J., HANCOCK, J., and BOYD, S.J.[1]

Leoneseo Sanchez (appellant) filed a notice of appeal from his conviction of two

counts of aggravated assault with a deadly weapon. On September 11, 2007, the trial

court filed a certification representing that appellant has the right of appeal. However, the

_____

[1]John T. Boyd, Chief Justice (Ret.), Seventh Court of Appeals, sitting by assignment. TEX. GOV'T
CODE ANN. §75.002(a)(1) (Vernon Supp. 2008).

appellate record reflects that appellant failed to sign the certification pursuant to Texas Rule of Appellate Procedure 25.2(d) which requires the certification to be signed by appellant and a copy served on him.[2]  By letter dated April 28, 2008, we notified the court that a supplemental record containing a properly executed certification should be filed with this court within 45 days.  To date, no such record has been received.

Consequently, we abate the appeal and remand the cause to the 140th District Court of Lubbock County (trial court) for further proceedings.  Upon remand, the trial court shall take such action necessary to secure and file with this court a certificate of right to appeal that complies with Texas Rule of Appellate Procedure 25.2(d) by August 18, 2008.  Should additional time be needed to perform this task, the trial court may request the same on or before August 18, 2008.

It is so ordered.

Per Curiam

Do not publish.

---

[2]Became effective September 1, 2007.

2